```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
MICHELLE LYNN,

                Plaintiff,

        - against -

PARAMOUNT GLOBAL, PARAMOUNT PICTURES,                ORDER
GEORGE CHEEKS, CARYN GROCE, NATALIE
ERIKA JAMES, SKYLAR JAMES, CHRISTAIN               24 Civ. 7219 (NRB)
WHITE, and DOES 1-5

                Defendants.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court held a conference on November 20, 2024 addressing the parties' letters, of November 8, 2024 and November 12, 2024. At that conference, the Court granted leave to defendants to file their proposed motion to dismiss. The Court also granted leave to plaintiff to file a second amended complaint, within two weeks of this order, if plaintiff, consistent with Rule 11, believes there are additional allegations to cure any alleged deficiencies raised by defendants' letter. At the conclusion of the two-week period, the parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendants' motion to the filing of defendants' reply.

1

**SO ORDERED.**

Dated:   New York, New York
         November 20, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NAOMI REICE BUCHWALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE